# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QUIYATA WASHINGTON,<br><br>　　　　　　　Plaintiff,<br><br>NATIONAL ACCOUNT SYSTEMS<br>OF OMAHA, LLC,<br><br>　　　　　　　Defendant. | Case No: 8:12-cv-00401-LSC-FG3<br><br><br>**NOTICE OF DISMISSAL WITH<br>PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Nebraska, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 12th day of March, 2013.

　　　　　　　By:/s/ JD Haas
　　　　　　　JD Haas, Esq., #22843
　　　　　　　*JD Haas and Associates, PLLC*
　　　　　　　Attorneys for Plaintiff
　　　　　　　10564 France Avenue South
　　　　　　　Bloomington, MN 55431
　　　　　　　Telephone: (952) 345-1025
　　　　　　　Facsimile: (952) 854-1665
　　　　　　　JDHAAS@ATTORNEYSFORCONSUMERS.COM

　　　　　　*Co-counsel with* WEISBERG & MEYERS, LLC

　　　　　　　5025 N. Central Ave. #602
　　　　　　　Phoenix, AZ 85012
　　　　　　　Not admitted before this Court
　　　　　　　ECF@ATTORNEYSFORCONSUMERS.COM

1

2

Filed electronically on this 12th day of March, 2013, with:

United States District Court CM/ECF system


By: <u>s/ Lydia Bultemeyer</u>
    Lydia Bultemeyer

2